[No. 24378-1-I.   Division One.   April 30, 1990.]

DAVID Y. MILLER, ET AL, *Respondents,* v. PUBLIC
EMPLOYEES MUTUAL INSURANCE COMPANY,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-2-12134-6, Dale B. Ramerman, J., entered
June 2, 1989. *Reversed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Baker, JJ. Now
published at 58 Wn. App. 870.

[No. 23014-0-I.   Division One.   April 30, 1990.]

HIGHWAY ENTERPRISES, INC., *Appellant,* v. ERNST HOME
CENTER, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 88-2-11456-1, Charles S. Burdell, Jr., J.,
entered July 27, 1988. *Reversed* by unpublished opinion per
Swanson, J., concurred in by Coleman, C.J., and Winsor, J.

[Nos. 22202-3-I; 22412-3-I.   Division One.   April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY ALAN
WHITEN, *Appellant.*

*In the Matter of the Personal Restraint of*
TIMOTHY ALAN WHITEN, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-04760-8, Terrence A. Carroll, J., entered
April 28, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Winsor, J., concurred in by
Grosse, A.C.J., and Webster, J.